**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jorge Gonzalez-Cerezo**<br>YOB: 1985; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-01903MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>: On or about December 3, 2021, at or near Benson, in the District of Arizona, **Jorge Gonzalez-Cerezo**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Brownsville, Texas on August 3, 2010, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

<u>Count 2</u>: On or about December 2, 2021, at or near Douglas, Arizona, in District of Arizona, **Jorge Gonzalez-Cerezo**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Jorge Gonzalez-Cerezo** is a citizen of Mexico. On August 3, 2010, **Jorge Gonzalez-Cerezo** was lawfully denied admission, excluded, deported and removed from the United States through Brownsville, Texas. On December 3, 2021, agents found **Jorge Gonzalez-Cerezo** in the United States at or near Benson, Arizona without the proper immigration documents. **Jorge Gonzalez-Cerezo** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Jorge Gonzalez-Cerezo** admitted to illegally entering the United States of America from Mexico on or about December 2, 2021, at or near Douglas, Arizona, Arizona at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>CJC3/pl<br>AUTHORIZED AUSA /s/Ann DeMarais | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Pedro Leon |
|---|---|
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 6, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54